AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
v.
SHARIF DJIBO

Case No. 3:25cr182 (SRU)

*Defendant*

NOV 6 2025 PM1:21
FILED-USDC-CT-HARTFORD

True Copy
ATTEST:
DINAH MILTON KINNEY
Clerk, U.S. District Court
By /s/ Melissa Ruocco
Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHARIF DJIBO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:371 Conspiracy
18:641 Theft of Goverment Property
18:1028A(a)(1) Aggravated Identity Theft

Date: 10/29/2025

/s/ Melissa Ruocco
*Issuing officer's signature*

City and state: New Haven, CT

Melissa Ruocco, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/29/25, and the person was arrested on *(date)* 11/6/25
at *(city and state)* East Hartford, CT.

Date: 11/6/2025

*(signature)*
Arresting officer's signature

Andrew Murphy, Special Agent
*Printed name and title*